**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re

Mariamma P. Braxton

                                  CHAPTER   13
                                  CASE NO.   8:17-bk-09158-MGW

      Debtor

_____/

**RESPONSE BY HMC ASSETS, LLC SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF CAM X TRUST TO DEBTOR(S)' MOTION FOR RECONSIDERATION OF ORDER DISMISSING CHAPTER 13 CASE**
(Doc. No. 37)

HMC ASSETS, LLC SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF CAM X TRUST ("Creditor"), responds to the Motion For Reconsideration of Order Dismissing Chapter 13 Case (Doc. No. 37) filed by the Debtor[1] and states as follows:

1. The Debtor filed a Chapter 13 bankruptcy petition on October 30, 2017.

2. Creditor filed Claim No. 6-1 in the amount of $160,310.31 with arrears in the amount of $42,215.32.

3. The case was dismissed on November 17, 2017 (Doc. No. 13) for failure to file a Chapter 13 plan. Debtor filed their Chapter 13 Plan on November 20, 2017 and an Order Granting Motion for Reconsideration was entered on November 29, 2017 (Doc. No. 17).

4. The Debtor then filed a Motion for Mortgage Modification Mediation on January 8, 2018 (Doc. No. 21). An Order Directing the Parties to Mediation was entered shortly thereafter on January 9, 2018 (Doc. No. 23).

5. To date, no documents have been uploaded to the DMM Portal and no communications have been received from Debtor's Counsel concerning the significant delay in uploading the documents. Approximately one (4) month have passed since the MMM Order was entered and Debtor has not provided a single document to the Creditor for review.

6. On April 6, 2018, an Order Granting Motion to Dismiss Case was entered on

---

[1] All references to "Debtor" shall include and refer to both of the Debtors in a case filed jointly by two individuals.

April 6, 2018 for failure to make plan payments.

7. Further, the borrower had two prior cases. On February 16, 2016, Debtor filed a Chapter 13 Case #16-01253 which was dismissed for failure to file information on March 23, 2016. Then on July 8, 2016, the Debtor filed another Chapter 13 Case #16-05864 which was dismissed for other reason on October 21, 2016.

8. Each of the Debtor's Bankruptcy filings corresponded with an event in the foreclosure action.  The Debtor's February 16, 2016 filing occurred shortly before a non-jury trial scheduled February 19, 2016.   Likewise, the Debtor's July 8, 2016 filing occurred shortly before a non-jury trial scheduled July 12, 2016.

9. Keeping with the pattern of delay, the Debtor's most recent filing again coincided with a foreclosure non-jury trial scheduled for October 30, 2017 and resulted in the cancellation of same.

10. Creditor opposes the Debtor's Motion to Reinstate and further asks to the Court to dismiss this case with a two year bar on re-filing as the Debtor's have engaged in a strategic plot or scheme to hinder, delay or defraud Creditor since the mortgage first went into default and have filed the above recited bankruptcy cases which have had an impact on cancelling the non-jury trials and stopping the judgment from being entered as to the subject Real Property.

11. Creditor requests the Motion be denied and that the case remain dismissed with a two year bar on refiling.

/s/ Nicole Mariani Noel
Nicole Mariani Noel
Kass Shuler, P.A.
P.O. Box 800
Tampa, FL 33601
Phone: (813) 229-0900 Ext. 1343
Fax:   (813) 229-3323
nmnoel@kasslaw.com
Florida Bar No. 69883

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on May 8, 2018, by U.S. Mail and/or electronic mail via CM/ECF pursuant to Local Rule 1001-2 to: Mariamma P. Braxton, 1195 55th Ave. S., Saint Petersburg, FL 33705; James W. Elliott 500 E. Kennedy Blvd., Suite 200, Tampa, FL 33602; Kelly Remick, Trustee Post Office Box 6099, Sun City, FL 33571.

/s/ Nicole Mariani Noel
Nicole Mariani Noel (x1343)

1704182/mb