ORDERED.

Dated: June 18, 2018

_____
Michael G. Williamson
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:                                                                 Case No. 8:17-bk-09158-MGW
                                                                       Chapter 13
MARIAMMA P. BRAXTON

Debtor(s)[1]
_____/

**ORDER GRANTING DEBTOR'S MOTION FOR**
**RECONSIDERATION OF ORDER DISMISSING CHAPTER**
**13 CASE (DOC. NO. 37) AND RESCHEDULING CONFIRMATION**
**HEARING AND HEARING ON OBJECTIONS TO CONFIRMATION**

THIS CASE came on for a hearing on June 11, 2018 upon the Debtor's Motion for Reconsideration of Order Dismissing Chapter 13 Case (Doc. No. 37). The Court, having heard argument of counsel and having reviewed the record, is satisfied that it is appropriate to reinstate this Chapter 13 Case. Accordingly, it is

**ORDERED:**

1.    The Debtor's Motion for Reconsideration of Order Dismissing Chapter 13 Case (Doc. No. 37) is hereby GRANTED.

---
[1] All reference to "Debtor" shall include and refer to both of the Debtors in a case filed jointly by two individuals.

      2.      The Order Dismissing Granting Motion to Dismiss Chapter 13 Case (Doc. No. 35) entered on April 6, 2018, is hereby VACATED and the case is reinstated as an active Chapter 13 case.

      3.      In the event payments to the Trustee hereafter become delinquent, the Trustee may file a Notice of Default, giving the Debtor(s) fourteen (14) days to cure the delinquency in plan payments. If the Debtor(s) fail to become current with their plan payments within fourteen (14) days of the Notice of Default, the Trustee may, without further notice to the Debtor(s), submit an Order dismissing the above-styled Chapter 13 case.

      4.      The Confirmation Hearing and Hearing on Objections to Confirmation is hereby rescheduled to October 15, 2018 at 1:35 p.m., before the Honorable Michael G. Williamson, United States Bankruptcy Judge, at Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Courtroom 8A, Tampa, Florida.

Debtor's Counsel, James W. Elliott, Esquire, is directed to serve a copy of this Order on interested parties and file a proof of service within three (3) days of entry of the Order.
KR/CCP/ra                                                                                                        C13T 06/18/18