**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

                                          Chapter 13
                           Case No.: 8:17-bk-09158-MGW

**MARIAMMA P. BRAXTON,**

    Debtor.
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**
*(Re: 1195 55th Ave. S., Saint Petersburg, FL 33705)*

**PLEASE TAKE NOTICE** that Chase A. Berger, Esq. and Ghidotti | Berger, LLP hereby enter their appearance as counsel for Secured Creditor, **BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR HMC ASSETS, LLC SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF CAM X TRUST** ("BSI Financial Services" or "Secured Creditor"), in these proceedings.

All parties shall take note that all future pleadings, notices, correspondence and any and all other pertinent data pertaining to the above-styled matter shall be forwarded to the undersigned counsel at the address listed below.

**Dated this 2ND day of July, 2018.**

                                      Respectfully submitted:
                                      **GHIDOTTI | BERGER, LLP**
                                      *Attorneys for Secured Creditor*
                                      3050 Biscayne Blvd. - Suite 402
                                      Miami, Florida 33137
                                      Telephone: (305) 501.2808
                                      Facsimile: (954) 780.5578

                                      By:   /s/ Chase A. Berger
                                               Chase A. Berger, Esq.
                                             Florida Bar No. 083794
                                             cberger@ghidottiberger.com

*Case No.: 8:17-bk-09158-MGW*

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By: /s/ Chase A. Berger
Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Mariamma P. Braxton**
1195 55th Ave. S.
Saint Petersburg, FL 33705

*James W Elliott*
**McIntyre Thanasides Bringgold,**
500 E. Kennedy Blvd., Suite 200
Tampa, FL 33602

*Trustee*
*Kelly Remick*
Post Office Box 6099
Sun City, FL 33571

*Trustee's Counsel*
Caroline Cynn Printy
Kelly Remick, Chapter 13 Trustee
P O Box 6099
Sun City Center, FL 33571

*U.S. Trustee*
**United States Trustee - TPA7/13, 7**
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

By: /s/ Chase A. Berger
Chase A. Berger, Esq.