**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

                                                      Case No.: 8:17-bk-09158-MGW
                                                                 Chapter 13

**MARIAMMA BRAXTON**,

     Debtor.
_____/

**MOTION FOR AUTHORIZATION TO DISBURSE**
**PRE-CONFIRMATION ADEQUATE PROTECTION PAYMENTS**
**TO ADMINISTRATIVE, SECURED AND PRIORITY CREDITORS**

> **NOTICE OF OPPORTUNITY TO**
> **OBJECT AND REQUEST FOR HEARING**
>
> **Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.**
>
> **If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 801 N. Florida Avenue, Suite 555, Tampa, FL 33602 and serve a copy on the movant's attorney, Chase A. Berger, Esq., 3050 Biscayne Blvd., Suite 402, Miami, FL 33137, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.**
>
> **If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

      Secured Creditor, **BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR HMC ASSETS, LLC SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF CAM X TRUST** ("Movant"), by and through its undersigned attorney, moves this Honorable Court for an Order Authorizing the Chapter 13 Trustee to Disburse Pre-Confirmation Adequate Protection

Payments to Administrative, Secured and Priority Creditors toward Movant's secured claim, and states:

1. On October 30, 2017 (the "<u>Petition</u> <u>Date</u>"), the Debtor filed a Voluntary Petition under Chapter 13 of the United States Bankruptcy Code [D.E. 1].

2. On November 20, 2017, the Debtor filed the proposed Chapter 13 Plan.

3. On January 8, 2018, the Debtor filed an Amended Chapter 13 Plan [D.E. 20] (the "Plan").

4. Pursuant to the Plan, it is the Debtor's intention is to pursue mortgage modification mediation and to make adequate protection payments through the Plan during the pendency of the mortgage modification in the amount of $765.65 as to the real property owned by the Debtor and commonly described as *1195 55th Avenue South, Saint Petersburg, FL 33705* (the "Property").

5. On January 8, 2018, the Debtor filed the Motion for Referral to Mortgage Modification Mediation with Secured Creditor [D.E. 21].

6. On January 9, 2018, the Court entered the Mortgage Modification Order [D.E. 23].

7. On March 5, 2018, Secured Creditor timely filed its secured claim as to the Property in the total amount of $160,310.31, with arrearages in the amount of $42,215.32 and on-going monthly payment of $766.91 [Claim No. 6-1] (the "Claim").

8. Secured Creditor asserts that the initial confirmation has been re-scheduled and is currently set for October 15, 2018 and that its security interest in the Property are not protected as the value of the Property continues to diminish and Secured Creditor is not receiving any on-

going monthly payments from the Debtor or adequate protection payments from the Trustee towards its Claim.

9. Secured Creditor requests immediate disbursement of all applicable amounts due Secured Creditor currently held by the Chapter 13 Trustee.

10. Secured Creditor further requests continued disbursement by the Chapter 13 Trustee of all future payments made by the Debtors to the Chapter 13 Trustee on behalf of Secured Creditor's Claim pursuant to the Plan and any applicable future amendments to the Plan.

**WHEREFORE**, Secured Creditor respectfully requests that this Honorable Court enter an Order (a) granting this motion; (b) compelling the Chapter 13 Trustee to immediately disburse all pre-confirmation payments on Secured Creditor's Claim to Secured Creditor pursuant to the Debtor's Plan; and (c) for any such further relief as is just and equitable.

**Dated this 18th day of July, 2018.**

Respectfully submitted,

**GHIDOTTI | BERGER, LLP**
*Attorneys for Secured Creditor*
3050 Biscayne Blvd. - Suite 402
Miami, Florida 33137
Telephone: (305) 501.2808
Facsimile: (954) 780.5578


By:   /s/ Chase A. Berger
      Chase A. Berger, Esq.
      Florida Bar No. 083794
      cberger@ghidottiberger.com

*Case No.: 8:17-bk-09158-MGW*

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By:  /s/ Chase A. Berger
      Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 18, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtors*
**Mariamma P. Braxton**
1195 55th Avenue S.
Saint Petersburg, FL 33705

*Debtor's Counsel*
**James W. Elliott, Esq.**
500 E. Kennedy Blvd., Suite 200
Tampa, FL 33602

*Trustee*
**Kelly Remick**
Chapter 13 Standing Trustee
Post Office Box 6099
Sun City, FL 33571

*Trustee's Counsel*
**Caroline Cynn Printy, Esq.**
Kelly Remick, Chapter 13 Trustee
P.O. Box 6099
Sun City Center, FL 33571

*U.S. Trustee*
**United States Trustee - TPA7/13, 7**
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

By:  /s/ Chase A. Berger
      Chase A. Berger, Esq.