ORDERED.

Dated: August 24, 2018

_____
Michael G. Williamson
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

                                                           Case No.: 8:17-bk-09158-MGW
                                                                            Chapter 13

**MARIAMMA BRAXTON**,

    Debtor.
_____/

**ORDER GRANTING MOTION FOR AUTHORIZATION**
**TO DISBURSE PRE-CONFIRMATION ADEQUATPE PROTECTION**
**PAYMENTS TO ADMINISITRATIVE, SECURED AND PRIORITY CREDITORS**

**THIS MATTER** came before the Court on August 20, 2018 upon BSI Financial Services, as servicing Agent for HMC Assets, LLC solely in its capacity as Separate Trustee of CAM X Trust's ("Secured Creditor") Motion for Authorization to Disburse Pre-Confirmation Payments to Administrative, Secured and Priority Creditors [D.E. 44] (the "Motion"), and for the reasons orally stated on the record that shall constitute the decision of the Court, it is

**ORDERED**:

1.      The Motion is **GRANTED**.

2.      The Chapter 13 Trustee is ordered to, as soon as practicable pursuant to trustee's customary distribution schedule, disburse all pre-confirmation payments received from the Debtor on behalf of Secured Creditor's claim (Claim No. 6-1) to Secured Creditor pursuant to the Debtor's Chapter 13 Plan and all future payments pursuant to the Plan and any applicable future amendments to the Plan.

###

Submitted by:

**Chase A. Berger, Esq.**
Florida Bar No. 083794
**GHIDOTTI | BERGER, LLP**
3050 Biscayne Blvd. - Suite 402
Miami, FL 33137
Telephone: (305) 502-2808
Facsimile: (954) 780-5578

Attorney **Chase Berger** is directed to serve copies of this Order on all interested parties and file a Certificate of Service within three (3) days from the entry date of this Order.